E-FILED
Friday, 25 July, 2014 02:08:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL LEMBERGER, | ) |
| Plaintiff, | ) |
| v. | ) Law No. 13-cv-03417-SEM-TSH |
| GREGG SCOTT, DANIELLE WALKER, and THOMAS REINHARDT, | ) |
| Defendants. | ) |

**ANSWER, JURY DEMAND, AND AFFIRMATIVE DEFENSES**

NOW COMES the Defendant, DANIELLE WALKER, by her attorney, DOUGLASS R. BITNER, of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to the Court's Merit Review Order and Opinion of May 1, 2014 [D/N 9], and Local Rule CDIL–LR 16.3, for her Answer, Jury Demand and Affirmative Defenses in response to the Plaintiff's Complaint [D/N 1], states as follows:

**I. JURISDICTION**

The Defendant denies that the Court has jurisdiction over the current cause of action, as the Plaintiff has not suffered a cognizable injury based upon his pleadings, and as such, this is not a cause of action for which the Court has the jurisdiction to hear.

**II. VENUE**

Pursuant to the Defendant's position above, the Defendant does not believe that this case is appropriately venued in the Central District of Illinois, as the Court does not have jurisdiction to hear this case, as the Plaintiff has not suffered an injury. However, subject to this objection, the Defendant admits that jurisdiction and venue are appropriate within the Central District of Illinois, based upon the claims certified in the merit review order.

### III. PARTIES

The Defendant admits that the Plaintiff, MICHAEL LEMBERGER, was, at all times relevant to this Complaint, a resident of the Rushville Treatment and Detention Facility in Rushville, Illinois.

Defendant DANIELLE WALKER admits, that during times relevant to the Plaintiff's Complaint, she was the Director of Nursing of the Rushville Treatment and Detention Facility. The Defendant denies or lacks knowledge or information sufficient to admit or deny the remaining allegations in the Plaintiff's section entitled Parties.

### V. FACTS

The Defendant admits that residents of the Rushville and Treatment and Detention Facility are allowed to shave, and are dispensed razors by the facility. The Defendant admits that these razors are stored, labeled, and disposed by the facility. The Defendant denies that she has violated the Plaintiff's constitutional rights. The Defendant denies that any act or omission of her part constitutes an intentional or reckless storage of residents' razors. The Defendant denies that any act or omission on her part constitutes deliberate indifference of a serious risk of substantial harm to the Plaintiff. The Defendant denies that she has any involvement in the process of dispensing and storing razors at the facility. The Defendant denies any wrongdoing whatsoever. The Defendant denies the Plaintiff has brought a cognizable claim. The Defendant denies the Plaintiff has suffered any harm. The Defendant denies or lacks knowledge or information sufficient to admit or deny the remainder of the Plaintiff's allegations.

### VI. RELIEF REQUESTED

The Defendant denies that the Plaintiff is entitled to any relief whatsoever.

WHEREFORE, the Defendant, DANIELLE WALKER, by her attorney, DOUGLASS R. BITNER, of HEYL, ROYSTER, VOELKER & ALLEN, respectfully requests that this Court enter judgment in her favor, plus costs of suit and attorney's fees and expenses to the extent allowable under law.

## DEFENDANT DEMANDS TRIAL BY JURY

## AFFIRMATIVE DEFENSES

NOW COMES the Defendant, DANIELLE WALKER, by her attorney, DOUGLASS R. BITNER, of HEYL, ROYSTER, VOELKER & ALLEN, and for her affirmative defenses in response to the Plaintiff's Complaint, states as follows:

**Affirmative Defense No. 1**: Defendant is entitled to qualified immunity.

**Affirmative Defense No. 2**: Defendant lacks sufficient personal involvement to be subject to suit under Section 1983.

**Affirmative Defense No. 3**: The Defendant's duties were limited to those that were delegated to her, or that she voluntarily undertook.

**Affirmative Defense No. 4**: The Plaintiff's claim fails to state a cause of action for which relief can be granted.

**Affirmative Defense No. 5**: The Plaintiff, according to his allegations, has not suffered any injury, and therefore this cause of action is not ripe for judicial intervention.

**Affirmative Defense No. 6**: The Plaintiff's claimed damages are based, in whole or in part, upon the Plaintiff's failure to mitigate damages by exercising ordinary care and based upon an assumption of risk.

WHEREFORE, the Defendant, DANIELLE WALKER, by her attorney, DOUGLASS R. BITNER, of HEYL, ROYSTER, VOELKER & ALLEN, respectfully requests that this Court

enter judgment in her favor, plus costs of suit and attorneys fees, and expenses to the extent allowable under the law.

**DEFENDANT DEMANDS TRIAL BY JURY AS TO HER AFFIRMATIVE DEFENSES**

          Respectfully Submitted,

          DANIELLE WALKER, Defendant

          s/ Douglass R. Bitner
          IL ARDC #: 6305492
          Heyl, Royster, Voelker & Allen
          3731 Wabash Avenue
          P. O. Box 9678
          Springfield, IL  62791-9678
          Phone: 217.522.8822, Ext. 214
          Fax:    217.523.3902
          Email: dbitner@heylroyster.com

**PROOF OF SERVICE**

I hereby certify that on July 25, 2014, I electronically filed the foregoing instrument, ANSWER, JURY DEMAND, AND AFFIRMATIVE DEFENSES, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    None

and I hereby certify that I have mailed on July 25, 2014, by United States Postal Service the foregoing instrument, ANSWER, JURY DEMAND, AND AFFIRMATIVE DEFENSES, to the following non-CM/ECF participants:

    Michael Lemberger
    Illinois Department of Human Service
    Rushville Treatment and Detention Facility
    1680 East County Farm Road
    Rushville, IL  62681

          s/ Douglass R. Bitner
              Douglass R. Bitner

DRB/cs (02227-U2478)
25453051_1